# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **STORAGE CAP MANAGEMENT LP**, <br><br> Plaintiff, <br><br> v. <br><br> **SPARESPACE STORAGE, LLC,** <br><br> Defendant. | **Case No. 2:19-cv-4328** <br><br> **Judge Graham** <br><br> **Magistrate Judge Jolson** |

## ORDER

On October 7, 2022 the Court issued an Opinion and Order granting the Plaintiff summary judgment on its cause of action for declaratory judgment on the issue of no likelihood of confusion and on Defendant's counterclaim for declaratory judgment on the issue of likelihood of confusion and trademark infringement. Doc. 86. The only remaining causes of action are Plaintiff's declaratory judgment action for priority of trademarks and Defendant's counterclaim for declaratory judgment on priority of trademarks. The parties are to file a joint status report no later than October 21, 2022 instructing the court how they intended to proceed with the remaining claims.

**IT IS SO ORDERED**.

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: October 10, 2022